

# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2016

No. 04-16-00568-CV

Selena **PESQUEDA**, Et al.,
Appellants

v.

**UTILITY LINES CONSTRUCTION SERVICES**, et al.,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-05581
Judge John G. Yates, Judge Presiding

# O R D E R

On October 7, 2016, the trial court clerk filed a notification of late record, stating the appellants failed to pay or make arrangements to pay the fee for preparing the clerk's record. We, therefore, ordered appellants to provide written proof to this court by October 28, 2106 that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellants are entitled to appeal without paying the clerk's fee. We warned that if appellants failed to respond within the time provided, this appeal would be dismissed. *See* TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal if clerk's record is not filed due to appellant's fault); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

Although appellants failed to respond to this court's order by providing written proof the clerk's fee has been paid, the trial court clerk notified this court that payment has been made. Therefore, this court ORDERS the trial court clerk to prepare and file the clerk's record on or before **December 9, 2016**.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court